UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTIONETTE SLAUGHTER,<br><br>    Plaintiff,<br><br>    v.<br><br>VALLEY VIEW I LLP, et al.,<br><br>    Defendants. | CASE NO. C23-1360JLR<br><br>ORDER |

On October 4, 2023, the court dismissed *pro se* Plaintiff Antionette Slaughter's proposed complaint pursuant to 28 U.S.C. § 1915(e) for failure to state a cognizable claim for relief.  (10/4/23 Order (Dkt. # 5).)  The court granted Ms. Slaughter leave to "file an amended complaint that cure[d] the deficiencies" identified in the court's order and ordered her to file her amended complaint, if any, by no later than October 26, 2023. (10/4/23 Order at 14.)  The court warned Ms. Slaughter that failure to timely comply with the court's order would result in the dismissal of her complaint without leave to amend and the closure of this case. (*Id.*)

ORDER - 1

On October 24, 2023—prior to the deadline to file an amended complaint—Ms. Slaughter's proposed application for court-appointed counsel posted to the docket as a "motion to appoint counsel." (*Compare* Prop. App. (Dkt. # 1-3), *with* Mot. (Dkt. # 6) (motion to appoint counsel consisting of the same application for court-appointed counsel that Ms. Slaughter filed with her proposed complaint on September 1, 2023).) And on October 27, 2023, the court received a letter from Ms. Slaughter dated October 25, 2023 in which Ms. Slaughter "ask[ed] the court to grant court appointed counsel to assist with the amendment process." (Letter (Dkt. # 7).) The court determined that Ms. Slaughter's application was deficient and therefore denied her request for court-appointed counsel. (10/27/23 Order (Dkt. # 8) at 2-3.) Nevertheless, the court extended the deadline for Ms. Slaughter "to file an amended complaint that corrects the deficiencies identified in the court's October 4, 2023 Order" and ordered her to file her amended complaint, if any, by no later than November 13, 2023. (*Id.*) The court again warned that failure to timely comply with the court's order would result in the dismissal of her complaint without leave to amend and the closure of this case. (*Id.* at 3.)

The November 13, 2023 deadline has now passed, and Ms. Slaughter has failed to file an amended complaint or any other submission in response to the court's October 27, 2023 order. (*See generally* Dkt.) Accordingly, the court DISMISSES her proposed complaint without leave to amend.

Dated this 17th day of November, 2023.

JAMES L. ROBART
United States District Judge